UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL L. ARNOLD, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:15CV62 SNLJ |
| CORIZON MEDICAL SERVICES, et al., | ) ) ) | |
| Defendants, | ) | |

### MEMORANDUM AND ORDER

Before the Court is plaintiff's request for an extension of time to provide the Court with his prison account statement. The Court will grant plaintiff's request.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's request for an extension of time to provide the Court with a certified copy of his prison account statement [Doc. #5] is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff shall submit a certified copy of his prison account statement within forty-five (45) days of the date of this Memorandum and Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, this action will be dismissed without prejudice.

Dated this 19th day of May, 2015.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE